UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

**ELECTRONICALLY FILED**

CIVIL ACTION NO. _____

UNITED STATES OF AMERICA,                                                    PLAINTIFF

vs.                                          **COMPLAINT**

FOOLS GOLD ENERGY CORPORATION                                DEFENDANT

\*   \*   \*   \*   \*   \*   \*

The United States, by and through its counsel, the United States Attorney for the Eastern District of Kentucky, brings this action against the defendant, Fools Gold Energy Corporation, to collect civil penalties and other amounts owed to the United States under the Mine Safety and Health Act of 1977, as amended, 30 U.S.C. § 801 et seq. ("Mine Act"), and the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, et seq., as applicable.

<u>JURISDICTION</u>

Jurisdiction of this action is conferred upon this Court by Sections 108(a)(1) and 110(j) of the Mine Act, 30 U.S.C. §§ 818(a)(1) and 820(j).

<u>VENUE</u>

Since the defendant's residence and principal place of business is in Pike County, Kentucky, venue of this action lies in the United States District Court for the Eastern District of Kentucky, Pikeville Division, pursuant to Sections 108(a) and 110(j) of the Mine Act, 30 U.S.C. §§ 818(a)(1) and 820(j).

FOOLS GOLD ENERGY CORPORATION IS AN OPERATOR OF A
COAL OR OTHER MINE

1. At all relevant times, Fools Gold Energy Corporation was a company engaged in the business of mining coal in Pike County, Kentucky, within the jurisdiction of this Court.

2. At all relevant times, Fools Gold Energy Corporation was an "operator" within the meaning of Section 3(d) of the Mine Act, 30 U.S.C § 802(d).

3. At all relevant times, Fools Gold Energy Corporation operated an underground mine.

4. At all relevant times, Fools Gold Energy Corporation operated, controlled, or supervised a coal or other mine within the meaning of Section 3(h) of the Mine Act, 30 U.S.C. § 802(h)

5. At all relevant times, Fools Gold Energy Corporation mining operations entered commerce, or the operations for products of which affected commerce, within the meaning of Section 4 of the Mine Act, 30 U.S.C. § 803.

CIVIL PENALTIES OWED TO THE UNITED STATES

6. From approximately July 2014 through to January 2016, the Mine Safety and Health Administration ("MSHA") issued approximately three hundred and two (302) citations and orders to Fools Gold Energy Corporation for violations of the Mine Act at its mine that have become final orders within the meaning of Sections 105(a) and 105(d) of the Mine Act, 30 U.S.C. §§ 815(a) and 815(d).

7. With respect to the approximately three hundred and two (302) citations and orders referred to in paragraph 6 above, MSHA assessed civil penalties for each violation pursuant to Section 110(a) of the Mine Act, 30 U.S.C. § 820(a), totaling $205,717.

8. Of the principal amount described in Paragraph 7 above, $205,717 is still due and owing

to the United States.

9. Between March 2015 and April 2017, demand for payment was made to Fools Gold Energy Corporation for each penalty assessed. Those demand letters provided notice to Fools Gold Energy Corporation of its unpaid civil penalties and likely legal action in the event payment was not received.

## LIABILITY

10. As an operator of the coal or other mine for which the citations and penalties described above were issued, Fools Gold Energy Corporation is liable for unpaid civil penalties pursuant to Section 110(j) of the Mine Act, 30 U.S.C. § 820(j).

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for the following relief:

11. A Judgment against Fools Gold Energy Corporation for the principal amount of $205,717 in unpaid civil penalties, owed to the United States for Mine Act violations. (See attached Certificates of Indebtedness, Exhibits A through O).

12. A Judgement against Fools Gold Energy Corporation, for interest on the principal amount of the unpaid civil penalties at the rate of 8% per annum as authorized by Section 110(j) of the Mine Act, 30 U.S.C. § 820(j), in an amount not less than $2,417.96. (See attached Certificates of Indebtedness, Exhibits A through O)

13. A Judgment against Fools Gold Energy Corporation for penalty charges on the principal amount of the unpaid civil debts, at the rate of 6% per annum as authorized by the Debt Collection Improvement Act, 31 U.S.C. § 3717(e)(2), in an amount not less than $1,183.27 (See attached Certificated of Indebtedness, Exhibits A through O).

14. A Judgment against Fools Gold Energy Corporation for Department of Treasury, Bureau of the Fiscal Service, Debt Management Services (DMS) & Department of Justice fees on the principal amount of the unpaid civil penalties in an amount of not less than $68,117.54. (See attached Certificates of Indebtedness, Exhibits A through J).

15. For its costs in the amount of $350.00, as authorized by 28 U.S.C. § 1914.

16. For any other relief to which the Plaintiff may be entitled.

Respectfully submitted,

CARLTON S. SHIER IV
ACTING UNITED STATES ATTORNEY


By:    s/Rajbir Datta
       Rajbir Datta
       Assistant United States Attorney
       260 West Vine Street, Ste. 300
       Lexington, Kentucky 40507
       Phone 859-685-4923
       rajbir.datta@usdoj.gov